UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-00072 |
| v. | ) | |
| | ) | |
| | ) | |
| DANIEL RAY SCARBOROUGH a/k/a | ) | |
| DANNY RAY SCARBOROUGH | ) | |

## SEALING ORDER

For good cause shown, the Court finds that it is proper to Order that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
United States Magistrate Judge

4-17-13