UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00072 |
| | ) | JUDGE CAMPBELL |
| DANIEL RAY SCARBOROUGH | ) | |

ORDER

The pretrial conference and/or change of plea hearing currently scheduled for July 14, 2014, is RESCHEDULED for July 24, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE