UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  3:13 CR 00072-1 |
| DANIEL RAY SCARBOROUGH, | )  Judge Marvin E. Aspen |
| | ) |
| Defendant. | ) |

**ORDER**

A scheduling conference with counsel will take place in this matter in Courtroom 783 on Thursday, December 11, 2014 at 3:30 p.m. Defendant need not appear.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:      December 9, 2014
            Nashville, Tennessee