Case No. 16-5032

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DANNY R. SCARBOROUGH

    Defendant - Appellant

It is ORDERED that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to submit the transcript order to the court reporter by January 19, 2016. The court reporter is directed to complete the transcript upon receipt of the transcript order form and satisfactory financial arrangements, no later than February 19, 2016.

No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which do not include the filing of motions, by counsel, to withdraw.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: January 12, 2016

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 12, 2016

Ms. Caryll S. Alpert
Mr. Robert David Baker
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203

Ms. Cynthia F. Davidson
Office of the U.S. Attorney
800 Market Street
Suite 211
Knoxville, TN 37902

Danny R. Scarborough
3960 Highway 49
Tennessee Ridge, TN 37178-0000

Re: Case No. 16-5032, *USA v. Danny Scarborough*
 Originating Case No. : 3:13-cr-00072-1

Dear Parties,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Mr. Keith Throckmorton

Enclosure